Adam J. Manxi and Kalil A. Mezher, Trading as Steinbock and Alexander, Appellees, v. Hilda Kimbley, Appellant.

Gen. No. 46,035.

McKinney, Carlson, Barnes & Smalley, for appellant; C. Oscar Carlson, and John H. Smalley, of counsel; Stanton, Stanton & Gleeson, for appellees; Bailey Stanton, and William M. Gleeson, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed October 28, 1953; released for publication November 18, 1953.